## Commonwealth v. Washington, Appellant.

Submitted March 12, 1973. *Eugene Washington*, appellant, in propria persona; *Morrison B. Williams*, First Assistant District Attorney, and *Harold N. Fitzkee, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Washington, Appellant.

Argued March 12, 1973. *Gerald E. Ruth*, Public Defender, for appellant; *Morrison B. Williams*, First Assistant District Attorney, with him *Harold N. Fitzkee, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Watkins, Appellant.

Argued March 27, 1973. *John W. Packel*, Assistant Defender, with him *Jonathan Miller*, Assistant Defender, and *Vincent J. Zic-*